```
                     FILED              RECEIVED
                     ENTERED            SERVED ON
                              COUNSEL/PARTIES OF RECORD

                          JUL 3 1 2020

                     CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                  BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr- 175 RFB-VCF |
| Plaintiff, | |
| v. | WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |
| Christopher Hawk | |
| Defendant. | |

I understand that I have a right to appear in person in court at the initial appearance and detention hearings in this case scheduled for  July 31 , 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

S/ Christopher Hawk
Defendant's Signature         (date)

_[signature]_  7/31/2020                    _[signature]_  7/31/20
Signature of Defendant's Attorney   (date)   Judge's Signature         (date)

                                             CAM FERENBACH
                                             U.S. MAGISTRATE JUDGE

Aarin Elyse Kevorkian
Printed Name of Defendant's Attorney         Judge's Printed Name and Title