Rene L. Valladares
Federal Public Defender
State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Christopher Hawk,<br><br>        Defendant. | Case No. 2:20-cr-00175-RFB-VCF<br><br>**Stipulation to Modify Conditions of Pretrial Release** |

Christopher Hawk is on pretrial release pending the resolution of this case. One of the conditions of Hawk's release is home detention.[1] Section 3142(c)(3) of Title 18 of the United States Code gives courts the authority to amend or impose additional or different conditions of release at any time after consideration of the release factors under 18 U.S.C. § 3142(g). Hawk requests that this Court modify his bond to permit him to spend Thanksgiving at his parents' house from 10:00 a.m. to 11:00 p.m. Pretrial Services and the government do not oppose this request.

---

[1] ECF No. 13 at 5.

DATED: November 10, 2020

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| By */s/ Erin Gettel /s/*<br>Erin Gettel<br>Assistant Federal Public Defender | By */s/ Jennifer Oxley /s/*<br>Jennifer Oxley<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Christopher Hawk,<br><br>　　　　Defendant. | Case No. 2:20-cr-00175-RFB-VCF<br><br>**Stipulation to Modify Conditions of Pretrial Release** |

　　Based on the pending stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Christopher Hawk's bond is modified as follows:

　　Hawk is permitted leave his residence for the purpose of spending the Thanksgiving holiday at his parents' house in Las Vegas.  Hawk will be permitted outside of his residence on November 26, 2020, from 10:00 a.m. to 11:00 p.m.  He will be required to remain at his parents' residence during this timeframe, including travel directly to and from his parents' residence.

　　DATED: November 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

3