Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00175-RFB-VCF |
| Plaintiff, | **First Stipulation to Continue Sentencing Hearing (ECF No. 40)** |
| v. | |
| Christopher Hawk, | |
| Defendant. | |

The parties jointly request that this Court vacate the sentencing hearing currently scheduled for August 3, 2021, and continue it for at least 45 days because:

      1.    Defense counsel needs additional time to prepare for sentencing.

      2.    The defendant is on bond and agrees to the continuance.

      3.    The parties agree to the continuance.

      DATED: June 22, 2021.

| | |
|---|---|
| Rene L. Valladares | Christopher Chiou |
| Federal Public Defender | Acting United States Attorney |
| */s/ Erin Gettel* | */s/ Supriya Prasad* |
| By_____ | By_____ |
| Erin Gettel | Supriya Prasad |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

      Plaintiff,

    v.

Christopher Hawk,

      Defendant.

Case No. 2:20-cr-00175-RFB-VCF

**Order Granting First Stipulation to Continue Sentencing Hearing**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing for at least 45 days.

IT IS THEREFORE ORDERED that the sentencing hearing set for August 3, 2021, at 11:00 a.m. is vacated and continued to __October 7, 2021__ at _11_ : _00_ _a_.m.

DATED: June _24_, 2021.

_____

RICHARD F. BOULWARE, II
United States District Judge