RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Christopher Hawk

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00175-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| CHRISTOPHER HAWK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Christopher Hawk, that the Sentencing Hearing currently scheduled on October 15, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1     1.     Defense counsel was recently assigned this case and needs additional

2  time to conduct investigation and prepare objections.

3     2.     The defendant is out of custody and agrees with the need for the

4  continuance.

5     3.     The parties agree to the continuance.

6     This is the second request for a continuance of the sentencing hearing.

7     DATED this 20th day of September, 2021.

8

9  RENE L. VALLADARES            CHRISTOPHER CHIOU
Federal Public Defender            Acting United States Attorney

10

11     */s/ Margaret W. Lambrose*          */s/ Supriya Prasad*

12  By_____     By_____
MARGARET W. LAMBROSE          SUPRIYA PRASAD

13  Assistant Federal Public Defender     Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>CHRISTOPHER HAWK,<br><br>      Defendant. | Case No. 2:20-cr-00175-RFB-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, October 15, 2021 at 8:15 a.m., be vacated and continued to November 16, 2021 at the hour of  11: 45  a .m.

    DATED this 27th day of September, 2021.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE