RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Christopher Hawk

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>CHRISTOPHER HAWK,<br><br>                  Defendant. | Case No. 2:20-cr-00175-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Christopher Hawk, that the Sentencing Hearing currently scheduled on January 7, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than the week of January 24, 2022.

This Stipulation is entered into for the following reasons:

1. The parties agree to continue this sentencing hearing to the week of 1/24/2022 so that Mr. Hawk may safely appear in-person after the number of COVID-19 cases in Clark County, Nevada subsides.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 4th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER HAWK,<br><br>    Defendant. | Case No. 2:20-cr-00175-RFB-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, January 7, 2022 at 11:00 a.m., be vacated and continued to February 3, 2022 at the hour of 11:00 a.m. in LV Courtroom 7C.

DATED this 4th day of January, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE